# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| Harry James Jones, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:15-cv-00061-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| John Doe, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 24, 2015 Order.

March 24, 2015

Frank G. Johns, Clerk
United States District Court